UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| CLARENCE D. SCHREANE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6: 05-157-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| F.C.I. MANCHESTER, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

The plaintiff has submitted a complaint [Record No.1] pursuant to what is construed to be the doctrine announced in *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). He has also submitted what, in substance, is a motion to voluntarily dismiss [Record No. 3] his complaint because he recognizes that he has failed to exhaust his administrative remedies. He has not resolved the matter of the filing fee and a Deficiency Order has been issued.

Having reviewed this matter, the Court concludes that the plaintiff's Motion to Dismiss [Record No. 3] should be granted. *See Baxter v. Rose*, 305 F.3d 486, 489 (6th Cir. 2002); 42 U.S.C. §1997e(a); *Porter v. Nussle*, 534 U.S. 516, 532, 122 S.Ct. 983, 152 L.Ed.2d 12 (2002); *Arbuckle v. Bouchard*, 92 Fed.Appx. 289, 2004 WL 542170(6th Cir. (Mich.) March 16, 2004) (unpublished disposition) (citing *Baxter v. Rose*, 305 F.3d 486, 488 (6th Cir. 2002)); *Baker v. Thomas*, 86 Fed.Appx. 906, 2004 WL 193202 (6$^{th}$Cir.(Ky.)) (unpublished

disposition) (citing *Baxter v. Rose*, 305 F.3d 486, 489 (6th Cir. 2002); *McGore v. Wrigglesworth*, 114 F.3d 601, 612 (6th Cir. 1997)).

Accordingly, the Plaintiff's motion [Record No. 3] is granted and this action is hereby **DISMISSED**, without prejudice, and stricken from the Court's docket.

This 21st day of April, 2005.

Signed By:
*Danny C. Reeves* DCR
United States District Judge